AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT
## DISTRICT OF DELAWARE

JOSEPH C. Palmer Jr.

Plaintiff

V.    STAN TAYLOR

C. MS. & Department of Correction

Defendant(s)

## APPLICATION TO PROCEED
## WITHOUT PREPAYMENT OF
## FEES AND AFFIDAVIT

CASE NUMBER:    0 6  -  2 6 6

I, Joseph C. Palmer Jr. _____ declare that I am the (check appropriate box)

• • Petitioner/Plaintiff/Movant    • • Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.    Are you currently incarcerated?    • Yes    • •No    (If "No" go to Question 2)

APR 24 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
to scanned

If "YES" state the place of your incarceration Violation of Probation Unit

**Inmate Identification Number (Required)**: _____

Are you employed at the institution? No  Do you receive any payment from the institution? No

*Attach a ledger sheet from the institution of your incarceration showing at least the past **six months'** transactions*

2.    Are you currently employed?    • •Yes    • No

   a.    If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

   b.    If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3.    In the past 12 twelve months have you received any money from any of the following sources?

   a.    Business, profession or other self-employment        • • Yes    • • No
   b.    Rent payments, interest or dividends            • • Yes    • • No
   c.    Pensions, annuities or life insurance payments        • • Yes    • • No
   d.    Disability or workers compensation payments        • • Yes    • • No
   e.    Gifts or inheritances                    • • Yes    • • No
   f.    Any other sources                    • • Yes    • • No

If the answer to any of the above is "YES" describe each source of money and state the amount received *AND* what you expect you will continue to receive. $560.00 . I do not intend to receive anymore funds due to being placed back at V.O.P.U.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4.      Do you have any cash or checking or savings accounts?          • • Yes      •• No

        If "Yes" state the total amount  $ _____ __

5.      Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other
        valuable property?
                                                                       • • Yes      • No

        If "Yes" describe the property and state its value.

6.      List the persons who are dependent on you for support, state your relationship to each person and
        indicate how much you contribute to their support, OR state NONE if applicable.

        *I M. E . - Arlene. Must pay $390.00 each*
        *Month. After a sum of $2400.00 is paid as a purge for*
        *my release.*

        I declare under penalty of perjury that the above information is true and correct.

        4/12/06
        _____                    Joseph C. Palmer
              DATE                           _____
                                                    SIGNATURE OF APPLICANT

**NOTE TO PRISONER:   A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit
stating all assets.   In addition, a prisoner must attach a statement certified by the appropriate institutional
officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts.
If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified
statement of each account.**

INMATE ACCOUNT STATEMENT

**JOSEPH PALMER**                 **15-Feb-06**
NAME                              DATE ENTERED

**123499**
SBI#                                DATE RELEASED

| DATE | DEPOSITS | Type of Deposit | DISBURSE MENT | Type of Disburs. | BALANCE |
|---|---|---|---|---|---|
| | $0.00 | | $0.00 | | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 |
| TOTAL | $0.00 | | $0.00 | | $0.00 |

    **$0.00**
OPENING BALANCE
    **$0.00**
ACCOUNT BALANCE

**TYPE OF DISBURSMENTS**

| | |
|---|---|
| R/B | room/board owed from previous visits to SWRU |
| MED = | Visits to medical |
| TRANS = | transportation owed from previous visits |
| P2 = | Pay to's submitted thru business office |
| DG  = | Dollar General/commissary |
| TRANSF | Transfers to Other Institutions |
| SP. COURT | Superior Court |

**TYPE OF DEPOSITS**

| | |
|---|---|
| M/O  = | money orders received outside of institution |
| B/R  = | booking and receivng |
| CK  = | checks |
| CASH | |
| I / W  = | inmate wages |



FILED

APR 24 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

VIOLATION OF PROBATION/SCCC