(Rev. 4/97)

# FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
## UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

### UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

Joseph C. Palmer Jr.
_____
(Enter above the full name of the plaintiff in this action)

V.

Correctional Medical Services

Stan Taylor. Department of Correction
_____
(Enter above the full name of the defendant(s) in this action

06 - 266

FILED

APR 24 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RD Scanned
IFP

I. Previous lawsuits

  A. Have you begun other lawsuits in state or federal courts dealing with the same facts involved in this action or otherwise relating to your imprisonment?
  YES [ ]   NO [✓]

  B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

    1. Parties to this previous lawsuit

    Plaintiffs _____

    _____

    Defendants _____

    _____

2. Court (if federal court, name the district; if state court, name the county)
   _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)
   _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. A. Is there a prisoner grievance procedure in this institution? Yes [✓] No [ ]

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes [✓] No [ ]

C. If your answer is YES,

1. What steps did you take? *I filed a grievance, inform Numerous D.C.C. Employee's at D.CC, SCORE, V.C.P.U.*

2. What was the result? *Blood samples were taken, phone calls and promises were made but no treatment or results concerning problem.*

D. If your answer is NO, explain why not _____
   _____

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes [ ] No [ ]

F. If your answer is YES,

1. What steps did you take? _____
   _____

2. What was the result? _____
   _____

-2-

III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of Plaintiff  Correctional Medical Services  JOSEPH Palmer

   Address  Unknown - Can use 901 Moore ST. Seaford, Del 19973

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and place of employment of any additional defendants.)

B. Defendant  Correctional Medical Services  is employed as  sub contracters Medical Department  at  All Institutions in the STATE OF Delaware

C. Additional Defendants  STAN Taylor - Commission of All Delaware prison facility

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

Given Culture, No swab in bottle to determine STD. Blood sample in pass years proves plaintiff had two (2) Chronic Diseases, No medical help given to "Aid" plaintiff. Denied valuable medication to help prolong plaintiff health and possibly plaintiff "Life" As of 4/12/06 No medication has been given for Chronic Illnesses.

V.  Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

To award compensation in the amount of $250,000. for Neglect, Pain & Suffering and possible future internal damage due to neglect and giving a deceptive diagnosis

Signed this 12th day of April, ~~19~~ 2006

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

4/12/06
Date

_____
(Signature of Plaintiff)

AO 240 (DELAWARE REV 7/00)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

Plaintiff

V.

Defendant(s)

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER:

I, _____ declare that I am the (check appropriate box)
☐ **Petitioner/Plaintiff/Movant**   ☐ **Other** in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  ☐ Yes  ☐ No  (If "No" go to Question 2)

   If "YES" state the place of your incarceration

   Are you employed at the institution?   ☐ Yes  ☐ No

   Do you receive any payment from the institution?   ☐ Yes  ☐ No

   *Have the institution fill out the certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past SIX months' transactions.   Ledger sheets are not required for cases filed pursuant to 28:USC §2254.*

2. Are you currently employed?  ☐ Yes  ☐ No

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | |
   |---|---|---|
   | a. | Business, profession or other self-employment | ☐ Yes ☐ No |
   | b. | Rent payments, interest or dividends | ☐ Yes ☐ No |
   | c. | Pensions, annuities or life insurance payments | ☐ Yes ☐ No |
   | d. | Disability or workers compensation payments | ☐ Yes ☐ No |
   | e. | Gifts or inheritances | ☐ Yes ☐ No |
   | f. | Any other sources | ☐ Yes ☐ No |

   If the answer to any of the above is "YES" describe each source of money and state the amount received *AND* what you expect you will continue to receive.

4. Do you have any cash or checking or savings accounts? ☐ Yes ☐ No

   If "Yes" state the total amount $ _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property? ☐ Yes ☐ No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state *NONE* if applicable.

   I declare under penalty of perjury that the above information is true and correct.

   Date: _____    Signature of Applicant _____

# SEE ATTACHED
# SIX MONTH STATEMENT

JOSEPH PALMER
SBI # 123499
23207 Dupont Blvd.
Georgetown, Delaware
19947

U.S. POSTAGE PAID
GEORGETOWN
APR 21 '06
AMOUNT $1.35

U.S.M.S. X-RAY

Clerk
U.S. District Court
J. Caleb Boggs Federal Bldg.
Lock Box 18
844 North King St
Wilmington, Del. 19801