```
05/18/2006  10:34   302-739-7486                CENTRAL RECORDS              PAGE  01/01
05/18/2006  15:23   302-573-6435
```

JUDGE FARNAN

OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

TO:     CCIC, Department of Corrections
        Fax number 8-302-739-7486

FROM:   Peter T. Dalleo, Clerk, U.S. District Court

Re:     Forwarding addresses of prisoners

Mail has been returned to the U.S. District Court for the following prisoner(s) with civil suits pending in District Court because they are no longer incarcerated in Delaware prisons. The Court does not have date of birth information on the prisoners, but does have the institution they were last incarcerated in. Could we please have forwarding addresses for the following prisoner(s):

Joseph C. Palmer, Jr.
SBI# 123499
SCI
P.O. Box 500
Georgetown, DE 19947

_Anita Bolton_
Deputy Clerk
302 573-6137
Telephone number

Our FAX phone number is (302) 573-6451.

Thank you for your assistance.

*He is incarcerated at SCCC/VOP in Georgetown*
*1-302-856-5790*

Sincerely,

Peter T. Dalleo
Clerk, U.S. District Court