IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JOSEPH C. PALMER, JR.,            :
                                  :
    Plaintiff,                    :
                                  :
        v.                        : Civil No. 06-266-JJF
                                  :
CORRECTIONAL MEDICAL SERVICES     :
and COMMISSIONER STAN TAYLOR,     :
                                  :
    Defendants.                   :

**O R D E R**

WHEREAS, Plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on May 3, 2006, the Court entered an order granting leave to proceed in forma pauperis and ordering Plaintiff to return a payment authorization form within thirty from the date the order was sent or the case would be dismissed (D.I. 4);

WHEREAS, on May 3, and June 8, 2006, respectively, the order was mailed to Plaintiff at the Sussex Community Correctional Center/Violation of Probation Center where Plaintiff indicated he was incarcerated;

WHEREAS, on June 22, 2006, the order was returned to the court as undeliverable;

WHEREAS, the plaintiff apparently has been released from custody and has failed to inform the court of his new address;

WHEREAS, more than thirty days has passed since entry of the May 3, 2006, order, and Plaintiff has not provided the Court with

the required authorization form;

THEREFORE, at Wilmington this __21__ day of July, 2006, IT IS HEREBY ORDERED that Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE. Plaintiff is not required to pay any previously assessed fees or the $350.00 filing fee. The clerk of the court is directed to send a copy of this order to the appropriate prison business office.

_____
UNITED STATES DISTRICT JUDGE