

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2006 JUL 27 PM 3: RETURN TO SENDER

06-cv-266 JJF

WILMINGTON DE 197
21 JUL 2006 PM 3 T

RETURN TO SENDER

☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/ STREET
☐ NOT DELIVERABLE AS ADDRESSED
   - UNABLE TO FORWARD
☐ OTHER

A
C
S

RTS
RETURN TO SENDER

## Other Orders/Judgments

1:06-cv-00266-JJF Palmer v. Correctional Medical Services et al

### U.S. District Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from bkb, entered on 7/21/2006 at 3:18 PM EDT and filed on 7/21/2006

**Case Name:**      Palmer v. Correctional Medical Services et al
**Case Number:**      1:06-cv-266
**Filer:**
**WARNING: CASE CLOSED on 07/21/2006**
**Document Number:** 8

**Docket Text:**
ORDER dismissing complaint without prejudice. Plaintiff is not required to pay any previously assessed fees or the $350.00 filing fee. (Copy to pltf. & Prison Business Office), ***Civil Case Terminated.. Signed by Judge Joseph J. Farnan, Jr. on 7/21/06. (bkb, )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=7/21/2006] [FileNumber=247775-0]
[835b44ca1b7b1cb29a3813cc9179833996fc25cbfa962102180916520f9380574fd4
615a0293a96ecf64cd3042ac10888c3d9eb1c1e8b22a1a1e95f1b9b8ae63]]

**1:06-cv-266 Notice will be electronically mailed to:**

**1:06-cv-266 Notice will be delivered by other means to:**

Joseph C. Palmer, Jr
SBI# 123499
SCCC/VOP
23207 DuPont Blvd
Georgetown, DE 19947

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE



JOSEPH C. PALMER, JR.,                    :
                                          :
        Plaintiff,                        :
                                          :
            v.                            : Civil No. 06-266-JJF
                                          :
CORRECTIONAL MEDICAL SERVICES :
and COMMISSIONER STAN TAYLOR, :
                                          :
        Defendants.                       :

### O R D E R

WHEREAS, Plaintiff filed a civil rights action pursuant to
42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on May 3, 2006, the Court entered an order granting
leave to proceed in forma pauperis and ordering Plaintiff to
return a payment authorization form within thirty from the date
the order was sent or the case would be dismissed (D.I. 4);

WHEREAS, on May 3, and June 8, 2006, respectively, the order
was mailed to Plaintiff at the Sussex Community Correctional
Center/Violation of Probation Center where Plaintiff indicated he
was incarcerated;

WHEREAS, on June 22, 2006, the order was returned to the
court as undeliverable;

WHEREAS, the plaintiff apparently has been released from
custody and has failed to inform the court of his new address;

WHEREAS, more than thirty days has passed since entry of the
May 3, 2006, order, and Plaintiff has not provided the Court with

the required authorization form;

THEREFORE, at Wilmington this $\underline{21}$ day of July, 2006, IT IS HEREBY ORDERED that Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.  Plaintiff is not required to pay any previously assessed fees or the $350.00 filing fee.  The clerk of the court is directed to send a copy of this order to the appropriate prison business office.

UNITED STATES DISTRICT JUDGE

2